UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Louise Paris, Ltd., et al.

Plaintiff(s),

- against -

Standard Fabrics International Inc.,

Defendant(s).

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-1-15

15 Civ. 3250 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before ~~the Court today,~~ the following is ORDERED: (or in connection with any motion)

1. At trial, Louise Paris will not dispute that the Wet Seal Garment that Louise Paris purchased from Wet Seal was sold to Wet Seal by Ikeddi. This is stipulated to by both sides. This terminates Letter Motion Doc 24 which is DENIED.

2. With the exception of the matter ordered in the Court's Order of November 25, 2016 (Doc 25), discovery is closed.

3. Neither side has sought expert discovery.

4. Defendant may move for summary judgment by January 11, 2016. Response by February 1, 2016. Reply by February 16, 2016.

2

The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
12-1-15