USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12-16-15_

STEGER KRANE LLP                    MEMO ENDORSED

1601 Broadway, 12th Floor          30 Ramland Road, Suite 201
New York, NY 10019                 Orangeburg, NY 10962
(212) 736-6800                     (845) 359-4600
www.skattorney.com                 (845) 689-2155 (fax)

December 16, 2015

*Revised schedule approved.*
*SO ORDERED*
*USDJ*
*12-16-15*

**VIA ECF**

Hon. P. Kevin Castel
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Louise Paris, Ltd. v. Standard Fabrics International, Inc., Case No. 15-cv-3250-PKC

Dear Judge Castel:

    We represent defendant and counterclaimant Standard Fabrics International, Inc. in this copyright infringement matter. We are writing jointly with the consent of counsel for Louise Paris, Ltd. and Rainbow USA, Inc.

    On December 1st you referred this case to Magistrate Judge Fox for a settlement conference. The settlement conference is scheduled for January 19th. The parties currently have a briefing schedule for Standard Fabrics' motion for partial summary judgment, with the motion due to be filed by January 11th. To minimize fees in the hope that the case can be resolved, the parties request that the briefing schedule be continued to the following dates:

    February 2, 2016 – Standard Fabrics' motion for partial summary judgment;
    February 23, 2016 – Louise Paris' and Rainbow's opposition; and
    March 8, 2016 – Standard Fabrics' reply.

    This is the first request for an extension of time for this motion.

    Thank you for your consideration of this request.

                                    Sincerely yours,

                                    Michael D. Steger

cc:    Scott A. Burroughs, Esq.
       Matthew Salzmann, Esq. (via ECF)
       Laura Tejeda, Esq. (via ECF)