# EXHIBIT 2

STANDARD FABRICS
7804 Black Ivory

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-072-911**

Effective date of registration:

August 9, 2011

---

## Title

**Title of Work:** June/ July Collection 2011 - Part I

**Contents Titles:** SF-1026, SF-1026, SF-1035
SF-1018, SF-1080, SF-1121,
SF-1230, SF-1257, SF-1271,
SF-1272, SF-1274, SF-1281,
SF-1287, SF-1957, SF-2003,
SF-4001, SF-4002, SF-4003,
SF-4004, SF-4005, SF-4006,
SF-4007, SF-4008, SF-4010,
SF-4011, SF-4012, SF-4013,
SF-4014, SF-4015, SF-4020,
SF-4021, SF-4022, SF-4023,
SF-4024, SF-4025, SF-4026,
SF-4027, SF-4030, SF-4031,
SF-4032, SF-4033, SF-4035,
SF-4040, SF-4045, SF-4046,
SF-4050, SF-4055, SF-4060,
SF-4061, SF-4065, SF-4070,
SF-4075, SF-4080, SF-4085,
SF-4090, SF-4095, SF-5000,
SF-5011, SF-5020, SF-5025,
SF-5026, SF-5027, SF-5030,
SF-5035, SF-5036, SF-5040,
SF-5041, SF-5045, SF-5050,
SF-5055, SF-5060, SF-5061,
SF-5062, SF-5065, SF-5070,
SF-6100, SF-6101, SF-6102,

SF-6103, SF-6104, SF-6105,
SF-6106, SF-6107, SF-6030,
SF-6031, SF-6032, SF-6035,
SF-6040, SF-6045, SF-6050,
SF-6060, SF-6011, SF-6012,
SF-6015, SF-6006, SF-6002,
SF-6001, SF-6000, SF-5096,
SF-5095, SF-1078

## Completion/Publication

Year of Completion: 2011

## Author

- Author: The Standard Farbics Int'l Inc.
- Author Created: Artwork
- Work made for hire: Yes
- Citizen of: United States
- Domiciled in: United States
- Pseudonymous: Yes

## Copyright claimant

Copyright Claimant: The Standard Fabrics Int'l, Inc.
935 E. 12th St., Suite B, Los Angeles, CA, 90021, United States

## Rights and Permissions

Organization Name: The Standard Fabrics Int'l, Inc.
Address: 935 E. 12th Street Ste B
Los Angeles, CA 90021   United States

## Certification

Name: Jacob Zakaria
Date: July 18, 2011

Correspondence: Yes

Registration #: VAU001072911
Service Request #: 1-636532631



The Standard Fabrics Int'l, Inc.
Jacob Zakaria
935 E. 12th St.,
Los Angeles, CA 90021  United States

SF000293



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-087-315**

Effective date of registration:

December 30, 2011

---

## Title

**Title of Work:** Fall 2011

**Contents Titles:** 6400-Geometric Medallion

6401-Small Floral Lace Base Fabric with Tie-Dye print on top

6402-Small Floral Lace Base Fabric with Chevron print on top

6403-Small Floral Lace Base Fabric with Chevron print on top

6404-Small Floral Lace Base Fabric with Animal print on top

6405-Medium Floral Lace Base Fabric with Tie-Dye print on top

6406-Small Floral Lace Base Fabric with Animal print on top

6407-Medium Floral Lace Base Fabric with Animal print on top

6408-Medium Floral Lace Base Fabric with Animal print on top

6409-Small Floral Lace Base Fabric with Animal print on top

6410-Small Floral Lace Base Fabric with Animal print on top

6411-Medium Floral Lace Base Fabric with Animal print on top

6412-Small Floral Lace Base Fabric with Animal print on top

6414-Small Floral Lace Base Fabric with Floral print on top

6415-Medium Floral Lace Base Fabric with Animal print on top

6416-Small Floral Lace Base Fabric with Hearts print on top

6417-Small Floral Lace Base Fabric with stylized Chevron print on top

6419-Abstract Animal skin

6420-Geometric Chainlinks

6421-Geometric Squares

6422-Geometric Diamonds

6423-Animal Leopard skin

6424-Geometric Ovals

6425-Geometric Ovals

6426-Geometric Ovals

SF000295

6427-Geometric Ovals
6428-Geometric Dotted Ovals
6429-Geometric Flower
6430-Geometric Abstract
6431-Geometric Abstract & Lines
6432-Geometric Abstract Horizontal
6433-Geometric Abstract Vertical
6434-Geometric Medallion
6435-Geometric Medallion
6436-Geometric Medallion
6437-Abstract Geometric Plaid
6438-Abstract Watercolor
6439-Geometric Ovals with Watercolor overlay
6440-Geometric Ovals with Watercolor underlay
6441-Ethnic Geometric Half-drop
6442-Asian Floral
6443-Ethnic Abstract
6444-Geometric Abstract
6445-Geometric Chevron
6447-Ethnic Bayadere
6447A-Ethnic Bayadere
6448-Chevron
6449-Irregular Chevron
6450-Ethnic Bayadere
6450A-Ethnic Bayadere
6451-Pixelated Floral
6452-Animal Peacock Feathers
6452A-Animal Peacock Feathers
6453-Chevron & Border
6454-Ethnic Diamonds
6455-Ethine Geometric Two-way
6456-Asian Abstract
6456A-Asian Abstract
6457-Paisley Bayadere
6458-Asian Abstract
6458A-Asian Abstract
6459-Ethnic Geometric Abstract
6459A-Ethnic Geometric Abstract
6460-Geometric Cubes

6461-Animal Geometric Abstract

6462-Geometric Dot Clusters

6463-Geometric Abstract with Watercolor background

6464-Animal Abstract Butterflies

6464A-Animal Abstract Butterflies

6464B-Animal Abstract Butterflies

6465-Paisley Abstract

6466-Animal Feathers

6467-Ethnic Bayadere

6468-Ethnic Half-drop

6469-Chevron

6470-Conversational Geometric Seahorses

6471-Geometric Houndstooth

6471A-Geometric Houndstooth

6471B-Geometric Houndstooth

6472-Floral Medallion

6473-Floral Medallion

6473A-Floral Medallion

6474-Asian Floral

6475-Geometric Swirls

6476-Geometric Medallion

6477-Geometric Rectangles

6478-Geometric Hexagons

6479-Floral Bayadere

6480-Abstract Watercolors

6481-Ethnic Chevron

6482-Conversational Animal Ladybugs

6483-Floral

6484-Floral Borders

6484A-Floral Borders

6485-Floral Borders

6485A-Floral Borders

6485B-Floral Borders

6486-Ethnic Medallion

6487-Animal Skins Abstract

6487A-Animal Skins Abstract

6488-Conversational Lipsticks

6489-Conversational Lipsticks

6490-Geometric Vintage Squares

6491-Abstract Peacock Feathers

6492-Abstract Peacock Feathers

6493-Ethnic Geometric

6494-Conversational Shoes & Bows

6494A-Conversational Shoes

6495-Conversational Eye Glasses

6496-Geometric Ovals with Watercolor overlay

6497-Geometric Cubes with Watercolor overlay

6498-Ethnic Broken Chevron

6499-Geometric Medallion

6500-Abstract Stripes

6501-Ethnic Abstract

6502-Asian Floral with Borders

6503-Geometric Conversational Cats

6504-Conversational Cats

6505-Conversational Poodles & Cats

6506-Geometric Conversational Poodles

6507-Conversational Poodles

6508-Irregular Colorblock Shapes

6509-Ethnic Geometric Abstract

6510-Ethnic Abstract Diamonds

6511-Ethnic Bayadere

6512-Ethnic Bayadere

6513-Geometric Cubes

6514-Geometric Patchwork

6515-Block Lettering Stripes

6515A-Block Lettering Stripes

6516-Floral

6516A-Floral

6517-Plaid

6518-Plaid

6519-Plaid

6520-Plaid

6521-Abstract Buffalo Checked

6522-Animal Feathers

6523-Chevron

6523A-Chevron

6524-Vertical Chevron

6525-Art Nouveau Borders
0000WAU0010873150402

        6526-Conversational Skulls

        6527-Floral Bayadere

        6528-Abstract Birds

        6529-Music Notes Tossed

        6422A-Geometric Diamonds

        6423A-Animal Leopard Skin

        6425A-Geometric Ovals

        6426A-Geometric Ovals

        6427A-Geometric Ovals

        6442A-Asian Floral

        6452B-Animal Peacock Feathers

        6465A-Paisley Abstract

        6370A-Animal Leopard skin

        3009-Conversational Antique Keys & Locks

        6531-Ethnic Bayadere

        6531A-Ethnic Bayadere

        6530-Abstract Watercolor

        6335-Ethnic Geometric Half-drop

## Completion/Publication

Year of Completion: 2011

## Author

- Author: Turia Ostling

Author Created: 2-D artwork

Work made for hire: No

Citizen of: United States      Domiciled in: United States

## Copyright claimant

Copyright Claimant: The Standard Fabrics International, Inc.

935 E. 12th St., Los Angeles, CA, 90021, United States

Transfer Statement: By written assignment

## Rights and Permissions

Organization Name: The Standard Fabrics International, Inc.

Name: Jacob Zakaria

Email: jacob@standardfabric.com      Telephone: 213-622-2840

Address: 935 E. 12th St.

Los Angeles, CA 90021 United States

## Certification

Name: Jacob Zakaria
Date: December 30, 2011

---

**Correspondence:** Yes



Registration #: VAU001087315
Service Request #: 1-692637261



Jacob Zakaria
935 E. 12th St.
Los Angeles, CA 90021  United States

**SF000301**

