# EXHIBIT 19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAMILY DOLLAR STORES, INC.,

       Plaintiff,

  -against—

UNITED FABRICS INTERNATIONAL, INC.,

       Defendant.

                         x

11 Civ. 2574 (CM)

ORDER REINSTATING CLAIM

McMahon, J.:

      Defendant-Counterclaim Plaintiff has complied with Paragraph 5 of the Court's order of September 24, 2012 to the best of its ability.

      I am required to give *Chevron* deference to the Copyright Office's interpretation of its rules. The Copyright Office has indicated that UFI's Supplemental Registration Form CA is sufficient to cure the deficiency identified by the previous orders of the Court, pursuant to an exception to the written rule on which the court relied. This exception is apparently routinely applied by the Copyright Office, even though, "unfortunately, we have not incorporated the exception in a revision of the basic rule." (See December 12, 2012 letter from John H. Ashley, Chief, Visual Arts Division, U.S. Copyright Office, to Scott Burroughs, attached to the letter motion to reinstate the copyright infringement counterclaim)(This letter, which seeks affirmative relief, is being docketed as a motion to reinstate the counterclaim, which the court is granting).

      The court has always been of the opinion that if UFI had a valid copyright registration it could proceed with its infringement claim. (See 9/24/2012 order at paragraph 4). Therefore, I reinstate the claim. If any party believes that additional discovery is needed before a final pre-trial order is filed, please notify the court by making a "Motion for permission to take additional discovery," which motion shall have any discovery demands attached thereto. Such motion must be made by January 4, 2013. Any responsive papers must be filed by January 11, 2013. No reply papers will be accepted.

      Assuming there is no additional discovery, the final pre-trial order and accompanying documents as required by the court's rules is due on February 1, 2013. If there is additional discovery, it must be completed on an expedited basis so that the final pre-trial order is filed no later than March 15, 2013.

Dated: December 14, 2012

U.S.D.J.

BY ECF TO ALL COUNSEL