# LAW OFFICES OF MICHAEL D. STEGER, PC

30 Ramland Road, Suite 201
Orangeburg, NY 10962
(845) 359-4600
(845) 689-2155 (fax)
msteger@steger-law.com
www.steger-law.com

November 16, 2016

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:  <u>Louise Paris, Ltd., et al. v. Standard Fabrics International, Inc.</u>,
           Case No. 15-cv-3250-PKC

Dear Judge Castel:

      We represent defendant and counterclaimant Standard Fabrics International, Inc. ("SFI") in this action.  I am writing jointly with counsel for plaintiffs and counterclaim defendants Louise Paris, Ltd. and Rainbow USA Inc. regarding the schedule for this action.

      On August 8, 2016, the Court denied SFI's motion for partial summary judgment.  On September 13, 2016, the Court denied SFI's motion for reconsideration of its August 8th order.  There are no other dates currently scheduled in this action.  Counsel for the parties have operated with the understanding that any remaining dates, including the pretrial schedule set forth in paragraph 6 of the Court's Individual Practices, were suspended during the summary judgment motion practice.

      Counsel for the parties have telephonically conferred and respectfully request that the Court schedule a status conference to set dates for pretrial submissions and trial in this action.

      Thank you for your consideration of this matter.

                                                         Sincerely yours,
                                                         /s/ Michael D. Steger

                                                         Michael D. Steger

      cc:  Scott A. Burroughs, Esq. (via ECF)
           Matthew Salzmann, Esq. (via ECF)
           Laura Tejeda, Esq. (via ECF)
           Louis Ederer, Esq. (via ECF)