UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
LOUISE PARIS, LTD. and RAINBOW
USA, INC.,

                            Plaintiffs,                     15 Civ. 3250 (PKC)

    -against-                                         <u>ORDER</u>

STANDARD FABRICS INTERNATIONAL, INC.,

                            Defendant.
-----------------------------------------------------------------x
STANDARD FABRICS INTERNATIONAL, INC.,

                            Counterclaim-Plaintiff,

    -against-

LOUISE PARIS, LTD. and RAINBOW USA, INC.,

                            Counterclaim-Defendants,

-----------------------------------------------------------------x

CASTEL, District Judge:

        The following schedule will control:

1. Plaintiffs' proposed voir dire, proposed jury instructions, proposed verdict sheet, their portion of the Joint Pretrial Order ("JPTO"), any motions <u>in limine</u> and a trial brief are due January 13, 2017.

2. Defendants' proposed voir dire, proposed jury instructions, proposed verdict sheet, all marked to show changes from plaintiffs' proposals, their portion of the JPTO, responses to plaintiffs' <u>in</u> limine motions, any motions <u>in limine</u> by defendants and a trial brief are due February 3, 2017.

3. The parties will meet face to face on proposed stipulations of fact to be included in the JPTO.

4. The JPTO and plaintiffs' responses to defendants' motions in limine are due February 17, 2017.

5. The Final Pretrial Conference will be held on March 10, 2017, at 2 p.m.

SO ORDERED.

_P. Kevin Castel_
United States District Judge

Dated: New York, NY
November 17, 2016